IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CARLOS ERNESTO VARGAS BARRERA, | § § § | |
| *Petitioner*, | § § § | No. 1:26-CV-01290-DAE |
| v. | § § | |
| VERGARA, *et al.*, | § § § | |
| *Respondents*. | § | |

## ORDER DENYING HABEAS PETITION

Before the Court is Petitioner Carlos Ernesto Vargas Barrera's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (the "Petition"). (Dkt. # 1.)

In his Petition, Petitioner alleges that he is entitled to a writ because he is being wrongfully detained in immigration custody without bond. (Dkt. # 1 at 4.) However, on June 1, 2026, Respondents filed an advisory notifying the Court that Petitioner was released from Immigrations and Customs Enforcement ("ICE") custody on May 21, 2026, and was turned over to the U.S. Marshals Service ("USMS") custody. (Dkt. # 11.) Respondents also provide documentation to this effect. (Dkt. # 11-2.)

1

Accordingly, as Petitioner is no longer in ICE custody, the Court will **DENY** as **MOOT** the Petition.  (Dkt. # 1.)  The Clerk of the Court is **DIRECTED** to **CLOSE** the case.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, June 1, 2026.

_____
David Alan Ezra
Senior United States District Judge

2